IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  TUYEN HO                : CHAPTER 13
                                :
                                :
        DEBTOR                  : BANKRUPTCY NO. 16-18816AMC

## STIPULATION RESOLVING DEBTOR'S MOTION FOR VALUATION

AND NOW, this 25TH day of April, 2017, it is hereby stipulated and agreed by and between Zachary Perlick, Esquire, Attorney for the Debtor, and Thomas Puleo, Esquire, Attorney for Toyota Motor Credit Corporation, and William C. Miller, Esquire, Standing Chapter 13 Trustee, as follows:

1. On or about March 22, 2017, debtor filed a Motion for Valuation.

2. Debtor and Toyota Motor Credit Corporation have agreed to settle the Motion of Valuation. The value of the vehicle is $19,650.00.

3. Toyota Motor Credit Corporation shall amend their secured claim to $19,650.00 @ 5.00% interest for a total claim of $22,249.20.

4. The debtor shall amend his plan to pay Toyota Motor Credit Corporation $22,249.20 through the plan. Debtor's amended plan shall include adequate protection payments to Toyota Motor Credit Corporation in the amount of $200.00 per month until the case is confirmed said payments shall be deducted from the secured claim, trustee shall make pro-rata distribution after the case is confirmed.

IN WITNESS WHEREOF, and intending to be legally bound, The parties hereto have executed this agreement the day and year first above written.

/s/ Thomas Puleo, Esquire
Thomas Puleo, Esquire

William C. Miller  JACK MILLER
CHAPTER 13 STANDING TRUSTEE

Zachary Perlick, Esquire
Attorney for the Debtor

The foregoing Stipulation is hereby Approved and made an Order of this Court.

THE HONORABLE JUDGE ASHELY M. CHAN

**Date: May 1, 2017**