United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-18816-amc
Tuyen Ho                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: May 01, 2017
                          Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2017.
db            +Tuyen Ho,   963 E. King Street,   Lancaster, PA 17602-3223

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2017 at the address(es) listed below:
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    Toyota Motor Credit Corporation bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
      ZACHARY PERLICK    on behalf of Debtor Tuyen Ho Perlick@verizon.net, pireland1@verizon.net
                                                                                                                                                                                         TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: TUYEN HO : CHAPTER 13
:
:
DEBTOR : BANKRUPTCY NO. 16-18816AMC

### STIPULATION RESOLVING DEBTOR'S MOTION FOR VALUATION

AND NOW, this 25TH day of April, 2017, it is hereby stipulated and agreed by and between Zachary Perlick, Esquire, Attorney for the Debtor, and Thomas Puleo, Esquire, Attorney for Toyota Motor Credit Corporation, and William C. Miller, Esquire, Standing Chapter 13 Trustee, as follows:

1. On or about March 22, 2017, debtor filed a Motion for Valuation.

2. Debtor and Toyota Motor Credit Corporation have agreed to settle the Motion of Valuation. The value of the vehicle is $19,650.00.

3. Toyota Motor Credit Corporation shall amend their secured claim to $19,650.00 @ 5.00% interest for a total claim of $22,249.20.

4. The debtor shall amend his plan to pay Toyota Motor Credit Corporation $22,249.20 through the plan. Debtor's amended plan shall include adequate protection payments to Toyota Motor Credit Corporation in the amount of $200.00 per month until the case is confirmed said payments shall be deducted from the secured claim, trustee shall make pro-rata distribution after the case is confirmed.

IN WITNESS WHEREOF, and intending to be legally bound, The parties hereto have executed this agreement the day and year first above written.

/s/ Thomas Puleo, Esquire
Thomas Puleo, Esquire

William C. Miller   JACK MILLER
CHAPTER 13 STANDING TRUSTEE

Zachary Perlick, Esquire
Attorney for the Debtor

The foregoing Stipulation is hereby Approved and made an Order of this Court.

THE HONORABLE JUDGE ASHELY M. CHAN

**Date: May 1, 2017**