## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Tuyen Ho<br>　　　　　　　　　　Debtor<br><br>Toyota Motor Credit Corporation<br>　　　　　　　　　　Movant<br>　　　vs.<br>Tuyen Ho<br>　　　　　　　　　　Debtor<br><br>William C. Miller<br>　　　　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 16-18816 AMC<br><br><br>11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　Kindly withdraw the Objection of Toyota Motor Credit Corporation to Confirmation of Chapter 13 Plan, which was filed with the Court on or about February 8, 2017 (Doc. No. 14).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Thomas I. Puleo Esquire**
　　　　　　　　　　　　　　　　　　　Thomas I. Puleo, Esquire
　　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322

June 27, 2017