United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-18816-amc
Tuyen Ho                                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Antoinett            Page 1 of 2            Date Rcvd: Aug 02, 2017
                                Form ID: pdf900            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2017.
```
db           +Tuyen Ho,    963 E. King Street,    Lancaster, PA 17602-3223
13841731      Borrowers First,    POB 2580,    Omaha, NE 68103-2580
13925161     +BorrowersFirst, Inc.,    PO Box 593007,    San Antonio, TX 78259-0200
13841736    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: CITI Cards,     1500 Boltonfield Street,    Columbus, OH 43228)
13841732      Capital One,    P.O. Box 85617,    Richmond, VA 23276-0001
13926212     +Cavalry Spv I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
              Tucson, AZ 85712-1083
13841735      Chase,    Cardmemeber Services,    PO Box 15123,    Wilmington, DE 19850-5123
13931324     +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
13904984     +Midland Funding LLC,    PO Box 2011,    Warren, MI 48090-2011
13869742     +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13841742    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,     PO Box 5855,
              Carol Stream, IL 60197-5855)
13859183     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
13935407      U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,    PO Box 108,
              St. Louis, MO 63166-0108
13841739    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Elan,    Cardmember Services,    POB 790408,
              Saint Louis, MO 63179-0408)
13841743      Union Plus,    PO Box 30255,    Salt Lake City, UT 84130-0255
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Aug 03 2017 01:23:25     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 03 2017 01:23:03
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 03 2017 01:23:15     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2017 01:26:42     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13841738     +E-mail/Text: mrdiscen@discover.com Aug 03 2017 01:22:45     Discover,    PO Box 71084,
              Charlotte, NC 28272-1084
13848194      E-mail/Text: mrdiscen@discover.com Aug 03 2017 01:22:45     Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13899322      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 03 2017 01:26:52
              LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13887841      E-mail/Text: bkr@cardworks.com Aug 03 2017 01:22:44     MERRICK BANK,
              Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13841740     +E-mail/Text: bkr@cardworks.com Aug 03 2017 01:22:44     Merrick Bank,    PO Box 1500,
              Draper, UT 84020-1500
13935480      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 03 2017 01:32:19
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 10
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13841741      Phuong Nguyen
13841737*   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: CITI Cards,     1500 Boltonfield Street,    Columbus, OH 43228)
13841733*     Capital One,    P.O. Box 85617,    Richmond, VA 23276-0001
13841734*     Capital One,    P.O. Box 85617,    Richmond, VA 23276-0001
13929436*    +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
                                                                                  TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Antoinett             Page 2 of 2                  Date Rcvd: Aug 02, 2017
                              Form ID: pdf900             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Toyota Motor Credit Corporation
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              ZACHARY  PERLICK    on behalf of Debtor Tuyen  Ho Perlick@verizon.net, pireland1@verizon.net
                                                                                                TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                           :        Chapter 13

TUYEN HO

   Debtor(s)
                                                :        Bankruptcy No. 16-18816AMC


## ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 2nd day of August 2017 consideration of the plan submitted by the debtor under Chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that
   A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;
   B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provision of title 11 U.S.C.;
   C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;
   D. the plan has been proposed in good faith and not by any means forbidden by law;
   E. the value, as of the effective date of the plan, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor were liquidated under chapter 7 of title 11 on such date;
   F. with respect to each allowed secured claim provided for by the plan-
      (1) the holder of such claim has accepted the plan;
      (2) (a) the plan provides that the holder of such claim retain the lien securing such claim, and
          (b) the value, as of the effective date of the plan, of property to be distributed under the plan on account of such claims is not less than the allowed amount of such claim; or
      (3) the debtor has agreed to surrender or has surrendered the property securing such claim to such holder of the claim; and
   G. the debtor will be able to make all payments under the plan and to comply with the plan;
WHEREFORE, it is ORDERED:
   1. that the plan is CONFIRMED
   2. that pursuant to 11 U.S.C. 1327 the provisions of the confirmed plan bind the debtor and each of the creditors of the debtor, whether or not the claim of such creditor is provided for by the plan, and whether or not said creditor has objected to, has accepted or has rejected the plan; and
   3. that all property of the estate, including any income, earnings, other property which may become a part of the estate during the administration of the case which property is not proposed, or reasonably contemplated, to be distributable to claimants under the plan shall revest in the debtor(s); provided, however, that no property received by the trustee for the purpose of distribution under the plan shall revest in the debtor except to the extent that such property may be in excess of the amount needed to pay in full all allowed claims as provided in the plan.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge