Certificate Number: 15317-PAE-DE-034774986

Bankruptcy Case Number: 16-18816



15317 PAE DE 034774986

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 14, 2020, at 12:14 o'clock PM PDT, Tuyen Ho completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 14, 2020             By:    /s/Marissa Bartolome

                                    Name:  Marissa Bartolome

                                    Title: Counselor