United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 16-18816-mdc
Tuyen Ho | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Apr 08, 2022      Form ID: 138OBJ      Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tuyen Ho, 824 Lehigh Avenue, Lancaster, PA 17602-2417 |
| 13841731 | | Borrowers First, POB 2580, Omaha, NE 68103-2580 |
| 13925161 | + | BorrowersFirst, Inc., PO Box 593007, San Antonio, TX 78259-0200 |
| 13841743 | | Union Plus, PO Box 30255, Salt Lake City, UT 84130-0255 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 08 2022 23:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 08 2022 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 08 2022 23:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13841736 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 08 2022 23:59:28 | CITI Cards, 1500 Boltonfield Street, Columbus, OH 43228 |
| 13841732 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 08 2022 23:59:26 | Capital One, P.O. Box 85617, Richmond, VA 23276-0001 |
| 13926212 | + | Email/Text: bnc@bass-associates.com | Apr 08 2022 23:58:00 | Cavalry Spv I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 13841738 | + | Email/Text: mrdiscen@discover.com | Apr 08 2022 23:58:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 13848194 | | Email/Text: mrdiscen@discover.com | Apr 08 2022 23:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14027847 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 08 2022 23:58:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 13841735 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 08 2022 23:59:12 | Chase, Cardmemeber Services, PO Box 15123, Wilmington, DE 19850-5123 |
| 13899322 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2022 23:59:20 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13887841 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 08 2022 23:59:12 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13931324 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 08 2022 23:58:00 | Mariner Finance, LLC, 8211 Town Center Drive, |

Case 16-18816-mdc   Doc 56   Filed 04/10/22   Entered 04/11/22 00:26:12   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 08, 2022 | Form ID: 138OBJ | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| | | | | Nottingham, MD 21236-5904 |
| 13841740 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 08 2022 23:59:13 | Merrick Bank, PO Box 1500, Draper, UT 84020-1127 |
| 13904984 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 08 2022 23:58:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13935480 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 08 2022 23:59:28 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13869742 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 08 2022 23:59:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13841742 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 08 2022 23:58:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 13859183 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 08 2022 23:58:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 13935407 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 08 2022 23:58:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis, MO 63166-0108 |
| 13841739 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 08 2022 23:58:00 | Elan, Cardmember Services, POB 790408, Saint Louis, MO 63179-0408 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13841741 | | Phuong Nguyen |
| 13841737 | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, CITI Cards, 1500 Boltonfield Street, Columbus, OH 43228 |
| 13841733 | * | Capital One, P.O. Box 85617, Richmond, VA 23276-0001 |
| 13841734 | * | Capital One, P.O. Box 85617, Richmond, VA 23276-0001 |
| 13929436 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Apr 08, 2022 | Form ID: 138OBJ | Total Noticed: 25

THOMAS I. PULEO
    on behalf of Creditor Toyota Motor Credit Corporation tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
    on behalf of Debtor Tuyen Ho Perlick@verizon.net pireland1@verizon.net

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Tuyen Ho
    Debtor(s)

Case No: 16−18816−mdc

Chapter: 13

---

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/8/22

55 − 54
Form 138OBJ